**FINAL TRUST ASSET ALLOCATION FOR THE JACK GALARDI TRUST** – Effective Date 12/1/2012 (Date of Death of Jack E. Galardi)
** As approved by Trustee Terrie Galardi. All distributions subject to T. Galardi discretion

| Item Number | Item Description | Tax Value | Teri Galardi Trust | Jack Galardi Jr. Trust |
|---|---|---|---|---|
| | **SCHEDULE A** | | | |
| 1 | House and lot-760 Piedmont Avenue, Atlanta, GA and more specifically Dis 14, Ll49, Lot 47, Piedmont Avenue. Titled in the name of JEG Family Trust. Value per appraisal attached as Exhibit A-1 | $ 728,000 | $ 728,000 | |
| 2 | Vacant land-1730 NW 33rd St., Pompano Beach, FL, and more specifically The Cigna Freshna Plat Two 128-41B Tract "A". Value per appraisal attached as Exhibit A-2. (Sold for 1.2M, 600k paid to Abromovitz) | | | |
| 3 | House and lot-13922 NW 13th St, Pembroke Pines, FL. and more specifically Lot 25 Block 17 Pembroke Falls Phase #5 164-7B. Value per appraisal attached as Exhibit A-3 | 1,520,000 | 1,520,000 | - sold |
| 4 | Vacant land-20 acres, Moapa Valley, Clark County, NV and more specifically APN 071-18-601-015. Titled in the name of JEG Family Trust. Value per appraisal attached as Exhibit A-4. | 500,000 | 500,000 | - sold |
| 5 | Vacant land-2 parcels, Clark County NV and more specifically 2 acres APN 041-25-301-012 and 1 acre APN 041-25-301-013. Titled in the name of JEG Family Trust. Value per appraisal attached as Exhibit A-5 | 20,000 | | 20,000 |
| 6 | Vacant land-2 gross acres, Clark County, NV and more specifically apn 041-36-201-029. Titled in the name of JEG Family Trust. Value per appraisal attached as Exhibit A-6. | 48,000 | | 48,000 |
| 7 | Land and building-2112 Western Avenue, Las Vegas, NV and more specifically APN 162-04-302-006, 162-04-302-007, 162-04-403-001. Titled in the name of New International Properties, LLC. Value per appraisal . attached as Exhibit A-7, (cheetahs) . Property offset by Mortgage owed to Jack Galardi Jr. Trust. | 39,000 | | 39,000 |
| 8 | Land and building-2111 and 2121 Highland Avenue, Las Vegas, NV and more specifically APN 1652-04-403-002 and 162-04-403-003. Titled in the name of New International Properties, LLC. Value per appraisal attached as Exhibit A-8. | 2,260,000 | 2,260,000 | |
| 9 | Vacant land-6.45 acres, Naples FL, and more specifically Royal Palm Golf Estates Replat #3 Tract B. Titled in the name of Jack E Galardi LLC. Value per appraisal attached as Exhibit A-9. | 380,000 | 380,000 | |
| 10 | House and lot, 3445 Shoreland Dr., Buford GA, and more specifically Ll167, 8th District, Lots 1-2, Block C, H E Compton, Hall County. Value per appraisal attached as Exhibit A-10. | 84,000 | 84,000 | |
| 11 | House and lot, 18511 Royal Hammock Blvd.,Naples FL and more specifically Royal Palm Golf Estates Unit #1 Blk A Lot 66. Value per appraisal attached as Exhibit A-11. | 629,000 | 629,000 | - sold |
| 12 | 2 Unit Condominium warehouse/retail building located at 7951 and 7971 NW 33rd St., Doral, FL 33122 and more specifically Airport Ind Center Condo Whse Unit 1-B and 9-B-1 undivided 5% and 2.75% interest in common elements off rec Rec-11292-2134. Value per appraisal attached as Exhibit A-12 (PINK PONY) | 230,000 | 230,000 | |
| 13 | Vacant land-Lot 58 on S/S Lake Hammond Dr, Naples FL, and more specifically Royal Palm Golf Estates Replat #3 Lot 58. Titled in the name of Jack Galardi LLC. Value per appraisal attached as Exhibit A-13 | 755,000 | 755,000 | |
| 14 | Vacant land-1.47 acre residential lot-747-751 Scott Road, Forest Park, GA, and more specifically City of Forest Park Parcel ID# 13015D A012. Titled in the name of JEG Family Trust. Value per appraisal attached as Exhibit A-14. | 21,000 | 21,000 | |
| 15 | Vacant land-,341 acres-775 Conley Rd. SE, Atlanta, GA and more specifically City of Atlanta, Parcel ID# 14-0032-LL-080-6 and City of Forest Park Parcel ID# 13015B B002A. Titled in the name of Walleye LLC. Value per appraisal attached as Exhibit A-15. | 30,000 | 30,000 | |
| 16 | Vacant land-.812 acres-3700 Jonesboro Rd SE, Atlanta GA and more specifically City of Atlanta Tax ID# 14 0052 LL0715 Titled in the name of JEG Family Trust. Value per appraisal attached as Exhibit A-16 | 135,000 | 135,000 | |
| | | 530,000 | 530,000 | |

| # | Description | | TERI GALARDI | JACK GALARDI, JR |
|---|---|---|---|---|
| 17 | Vacant lot-1xx 15th St., Marathon, FL, and more specifically Parrish sub Marathon sub PB 2-15 S"ly lots 1 & 2 blk 2. Value per appraisal attached as Exh1bit A-17. | | | |
| 18 | Land and building,-1704 Hudson Bridge Rd., Stockbridge, GA and more specifically parcel ID 032-01012007. Titled in the name of JEG Family Trust. Value per appraisal attached as Exhibit A-18 | 309,000 | 84,000 | 225,000 |
| 19 | Land and building-3920 Jonesboro Road, Forest Park, GA and more specifically Clayton County parcel ID# 13015B 8002. Titled in the name of Walleye LLC. Value per appraisal attached as Exhibit A-19 | 245,000 | 245,000 | sold |
| 20 | Vacant land-425 Industrial Boulevard, McDonough, GA and more specifically Henry County, City of McDonough, Parcel ID# 093-01018005. Titled in the name of JEG Family Trust. Value per appraisal attached as Exhibit A-20 | 650,000 | 650,000 | |
| 21 | Land and buildings including personal property located at 18100 Royal Tree Parkway, Naples FL and more specifically APN 71370080006. Titled in the name of Jack E Galardi, LLC. Value per appraisal attached as Exhibit A-21 | 440,000 | | 440,000 |
| 22 | Land and building-1901 Mr. Joe White Avenue, Myrtle Beach SC and more specifically APN 18100-01-031. Value per appraisal attached as Exhibit A-22 | 3,240,000 | 3,240,000 | |
| 23 | Vacant land-Mokelumne Hill, Calaveral County, CA and more specifically APN 020-001-091. Titled in the name of JEG Family Trust. Value per appraisal attached as Exhibit-A23 | 3,475,000 | 3,475,000 | |
| 24 | House and lot-201 Navarro Isle A.K.A. Gordon Rd., Ft. Lauderdale, FL., and more specifically Lot 7,8 Navarro Isle 15-40B. Property is titled in the name of JEG LV Qualified Peronal Residence Trust per appraisal, but was deeded to JEG Family Trust On July 20, 2012. Value per appraisal attached as Exhibit A-24. | 67,500 | | 67,500 |
| 25 | Land and building-29 NE 11th St., 1135 North Miami Avenue and adjacent vacant land, all located in Miami FL. This real estate is a part of a sale, agreed to prior to December 1, 2012 and consumated December 18, 2012. Value per closing statement attached as Exhibit A-25 (GOLD RUSH) | 4,200,000 | | 4,200,000 |
| 26 | Land and building-973 Marietta Street, Atlanta GA. This property is a part of a sale, agreed to prior to December 1, 2012 and consumated September 18, 2013. Value per closing statement attached as Exhibit A-26 | 4,500,000 | 4,500,000 | - sold |
| 27 | Land and building-4766 Frontage Road, Forest Park, GA and more specifically APN 13044C A002. Titled in the name of JGP&P LLC. Value per appraisal attached as Exhibit A-27. (pink pony south) | 750,000 | 750,000 | - sold |
| 28 | Vacant land-2.718 acres 10710 Walker Road, Thonotosassa, Hillsborough County, FL and more specifically, Parcel ID #U1328202Z2000002096900 or Folio Number 061121-000. Value per appraisal attached as Exhibit A-28. See Dent Note of 400,000 at Schedule C | 450,000 | 450,000 | |
| 29 | Land and Building-1837 Corporate Boulevard, Atlanta GA. and more specifically APN 18-156-01-003.Titled in the name of JEG Family Trust. Value per appraisal attached as Exhibit A-29 | | | |
| 30 | Land-6220 E, Adamo Dr., Tampa FL and more specifically APN 81-96-15-000-0. Titled in the name of Galardi Rentals LLC. Appraisal forthcoming. | 2,491,946 | 2,491,946 | |
| 31 | Land and building-2610 Metropolitan Parkway, and more specifically Fulton County parcel ID's 14-0092-0003-053-6 and 14-0092-003-056-9. Titled in the name of Trinidad Creations, LLC. Value per appraisal attached as Exhibit A-31 | 5,000 | | 5,000 |
| 32 | Land and buildings-B26 Knox Chapel Rd. Social Circle, Butts County, GA. And more specifically #C170-000000-0118-000. Titled in the name of Geno G's LLC, Value per appraisal attached. | 1,600,000 | 1,600,000 | |
| 33 | Land and buildings-4730 Frontage Road, Forest Park, GA and more specifically APN 13044C A002, Titled in the name of JGP&P LLC. Appraisal forthcoming. | 448,000 | 448,000 | |
| 34 | Land and building-211 New Goff Mountain Rd., Cross Lanes WV 25313 and more specifically Part Parcel A-10 91/100 Rocky Fork Relocated State Route 622 and B-10 Containing 36/1000 SW Cross Lanes Exit 64, Union District, Deed Book 2524, Page 366, Value per appraisal attached as Exhibit A-34 | 650,000 | 650,000 | |
| 35 | Condominium-354 Mcgill Pl, NE, Atlanta, GA 30312 and more specifically District 14 LL 47,Unit 354, Mcgill Place. Value per appraisal attached as Exhibit A-35 | 650,000 | | 650,000 rental |
| | | 85,000 | 85,000 | |

|  | SCHEDULE B |  | TERI GALARDI | JACK GALARDI, JR |
|---|---|---|---|---|
| 1 | 100% ownership - Trop, Inc., Appraisal in final review to be submitted upon receipt. Preliminary value provided by appraiser. (PINK PONY) |  |  |  |
| 2 | 100% ownership - Turntable Entertainment & Production Company, Inc. Appraisal in final review to be submitted upon receipt. Preliminary value provided by appraiser. | $ 6,299,800 | 6,299,800 |  |
| 3 | 100% ownership - Country Club, Inc. (a Georgia corporation, Appraisal in final review to be submitted upon receipt. Preliminary value provided by appraiser. | 7,476,000 | 7,476,000 |  |
| 4 | 100% ownership - Ponytail, Inc. 2555 Chantilly Drive, Atlanta, GA 30324. Appraisal in final review to be submitted upon receipt. Preliminary value provided by appraiser. | 1,453,600 | 1,453,600 |  |
| 5 | 100% ownership - Lafuente, Inc. 713 E Ogden St., Las Vegas, NV 89101. Appraisal in final review to be submitted upon receipt. Preliminary value provided by appraiser. | 4,086,900 | 4,086,900 |  |
| 6 | 100% ownership - Fly LOW, inc. Appraisal in final review to be submitted upon receipt. Preliminary value provided by appraiser. (note - payments to fly low then to tst) | 1,848,300 | 1,848,300 |  |
| 7 | 100% ownership -Bella Mia, Inc. Value per appraisal attached as Exhibit B-7 (PINK PONY VEGAS) | 1,892,500 | 1,892,500 |  |
| 8 | 50% ownership -MBJG Inc. 2555 Chantilly Drive, Atlanta, GA. Value estimated. Appraisal forthcoming. | 865,700 | 865,700 |  |
| 9 | 100% ownership - Galardi Eagle Lakes LLC. Appraisal in final review to be submitted upon receipt. Preliminary value provided by appraiser. (GOLF COURSE) | 2,247,000 | 2,247,000 |  |
| 10 | 100% ownership - Country Club, Inc. (a South Carolina corporation). Appraisal in final review to be submitted upon receipt. Preliminary provided by the appraiser. | 2,070,000 | 2,070,000 |  |
| 11 | 100% ownership - LVA Management, Inc, 713 E. Ogden Street, Las Vegas, NV 89101. Value estimated. Appraisal forthcoming. | 2,451,600 | 2,451,600 |  |
| 12 | 100% ownership - Three Women, Inc.,Value estimated. Appraisal forthcoming. | 1,500,000 | 1,500,000 |  |
| 13 | 100% ownership - Candy Pink, Inc. 713 B. Ogden st., Las Vegas, NV 89101. Value estimated. Appraisal forthcoming. | 200,000 | 200,000 |  |
| 14 | 100% ownership -E & J Inc. Value estimated. Appraisal forthcoming. 43.33 acres. | 10,000 | 10,000 |  |
| 15 | 100% ownership -The Riviera Entertainment Group, Inc. Value estimated, Appraisal forthcoming. | 25,000 | 25,000 |  |
| 16 | 100% ownership - GFT Management and Consulting, Inc., Value estimated. Appraisal forthcoming. | 1,000 | 1,000 |  |
| 17 | 100% ownership - Extreme Tours, Inc. d/b/a Rebel Adventure Tours - 713 E. Ogden Street, Las Vegas, NV 89101. Value estimated, Appraisal forthcoming. | 10 | 10 |  |
| 18 | 100% ownership - WV Country Club, Inc., Value estimated. Appraisal forthcoming. | 50,000 | 50,000 |  |
| 19 | 100% ownership - GFT Management & Consulting, Inc. Value estimated, Appraisal forthcoming. | 1,000 | 1,000 |  |
| 20 | 50% ownership - Jacmak LLC Value estimated. Appraisal forthcoming. | 10,000 | 10,000 |  |
| 21 | 100% ownership - Mia Luna, Inc. Value estimated. Appraisal forthcoming. | 1,000 | 1,000 |  |
| 22 | 18,000 shares - Sirius XM Radio Inc. common. CUSIP 98375YAU0 | 1,000 | 1,000 |  |
|  |  | 50,220 |  | 50,220 |
|  | SCHEDULE C |  |  |  |
| 1 | Cash on hand |  |  |  |
| 2 | Nevada State Bank-230 Las Vegas Blvd South, Las Vegas, NV checking account | $ 20,000 | 20,000 |  |
| 3 | Bank of North Las Vegas - 6385 Simmons St., North Las Vegas, NV checking account. | 1,136 | 1,136 |  |
| 4 | Wells Fargo Bank - 1700 East Charleston Ave., Las Vegas, NV | 351 | 351 |  |
|  |  | 1,041 | 1,041 |  |

|   |   |   | TERI GALARDI | JACK GALARDI, JR |
|---|---|---|---|---|
| 5 | Note receivable-James I Dent and Willye Dent, 17817 Simms Road, Odessa FL, 33556, The note is dated September 16, 2011, payable monthly, interest only, with interest computed at 5.25% per annum. The note matures September 14, 2018 and is secured by real estate located in Hillsborough County, FL. | | | |
| 6 | Accrued interest on Note receivable from James I Dent and Willye M Dent, $400,000 @5.25% per annum from November 15, 2012 to December 1, 2012, or 17 days. | 400,000 | | 400,000 int only |
|   |   | 978 | 978 |   |

**SCHEDULE F**

| | | | | |
|---|---|---|---|---|
| 1 | 31 Work and collectible vehicles known as the Circle G Ranch Automobile Collection. Value per appraisal attached as Exhibit F-1 | | | |
| 2 | Contents, 2200 Waldman Avenue, Las Vegas, NV. Value per appraisal attached as Exhibit F2 | $ 1,031,455 | 1,031,455 | |
| 3 | Contents, 4205 Gordon Avenue, Ft. Lauderdale, FL. Appraisal forthcoming. | 85,047 | | 85,047 |
| 4 | Contents, 760 Piedmont Avenue, Atlanta, GA. Appraisal forthcoming. | 75,000 | | 75,000 |
| 5 | Cash bond established on appeal of judgement in the Nevada Supreme Court. On May 13, 2013 | 75,000 | 75,000 | |
| 6 | Accrued interest on cash bond - Item F5 from April 21,2011 through December 1, 2012 | 2,227,626 | 2,227,626 | |
| 7 | Gun Collection, Jewelry and other personal items - appraisals forthcoming | 188,401 | 188,401 | |
| 8 | 1.1192569% interest in Dominium Elwood Villas, L.P. - 2905 Northwest Blvd., ste 150, Plymouth MN. Estimated value. | 120,000 | 120,000 | |
| 9 | 2007 Gift tax paid for which credit is being allowed. See Schedule G. | | | |
| 10 | 100% ownership in Hazeleyes LLC - (a disregarded entity) value estimated, appraisal forthcoming. | 655,700 | 491,775 | 163,925 |
| 11 | 100% ownership - New International Properties, LLC., 713 East Ogden st., Las vegas, NV. The only asset is real estate subject to a mortgage. Value of the real estate is reflected on Schedule A7 and A8. Liability is reflected on Schedule G2. | 5,000 | 5,000 | |
| 12 | 100% ownership - Jack E Galardi, LLC., The only assets are real estate subject to mortgages. Values of the real estate are reflected on Schedule A9, A11, A12, and A21. Mortgages are reflected on Schedule K9 and K10 | | | |
| 13 | 100% ownership - Walleye, LLC. The only asset is real estate subject to a mortgage. The value of the real estate is reflected on Schedule A31. The mortgage is reflected on Schedule K | | | |

**SCHEDULE G**

| | | | | |
|---|---|---|---|---|
| 1 | House and lot-1245 Rancho Dr, Las Vegas, NV, and more specifically Parcel map, pg 28 & part NW4 sec 04 21 61. Property is titled in the name of Jeg LV Qual Personal Res Trust. Value per appraisal attached as Exhibit G2-1 | | | |
| 2 | House and lot-2211 Edgewood Ave, Las Vegas, NV more specifically Parcel map File 31, page 28, Lot 1. Value per appraisal attached as Exhibit G2-2 | $ 2,000,000 | | 2,000,000 |
| 3 | Vacant land-Hwy 42 South, Flovilla GA and more specifically LL33,34 of the 4th LD, cont. 51.71 acres. See Deed Book 638-160. Deeded to JEG FL Qualified Personal Residence Trust, shown on appraisal as owned by Circle G Holdings, LLC. Value per appraisal attached as Exhibit G2-3 | 330,000 | 330,000 | |
| 4 | Vacant land-Hwy 42 South, Flovilla GA and more specifically LL33,34 of the 4th LD, cont. 30 acres. See Deed Book 434-524. Deeded to JEG FL Qualified Personal Residence Trust. Shown on appraisal as owned by Circle G Holdings, LLC. Value per appraisal attached as Exhibit G2-4 | 101,000 | 101,000 | |
| 5 | House and lot-Highway 42 S, Flovilla, GA and more specifically LL33,34,35,56,63,64 of the 4th LD, cont. 109.364 acres, Tract A & D. See Deed Book 638-160. Deeded to JEG FL Qualified Personal Residence Trust, shown on appraisal as titled in the name of Circle G Holdings. | 79,000 | 79,000 | |
| | | 2,450,000 | 2,450,000 | |

|   | SCHEDULE J | | TERI GALARDI | JACK GALARDI, JR |   |
|---|---|---|---|---|---|
| 1 | West Memorials 2481 Broad Ave., Memphis, TN 38112 Horticulture Consultation and Desig | $ | (509,013) | (509,013) | |
| 2 | Wrights Appraisals, 211 Theall St. Sonora CA. - Real Estate appraisal. | | (78,725) | (78,725) | |
| 3 | Auto Appraisal Network, Inc. 19 Spectrum Pointe Dr. #605 Lake Forest, CA 92630 - Vehicle appraisals | | (750) | (750) | |
| 4 | Oracle Real Estate Services, Inc. 3544 Haberdham St., Tucker, GA 30084 - Real estate appraisals | | (3,100) | (3,100) | |
| 5 | David Arenaz CAGA International Estate Auctions 900 Las Vegas Blvd S., Las Vegas NV 89101. Personal property appraisal | | (14,050) | (14,050) | |
| 6 | Landauer Valuation & Advisory 1551 N Tustin Ave., Santa Ana, CA - Real estate appraisals | | (760) | (760) | |
| 7 | Pritchett, Ball & Wise, Inc. 2295 Parklake Dr,Atlanta GA 30345 - Real estate appraisals | | (20,500) | (20,500) | |
| 8 | Casey Dean Eisnor 34 Mutiny Place, Key Largo, FL 33037 - Real estate appraisal | | (3,000) | (3,000) | |
| 9 | Dover Realty 464 W 3rd St. Jackson, GA 30233 Real estate appraisals | | (800) | (800) | |
| 10 | Bloom Sugarman Everett LLP 977 Ponce De Leon Ave., Atlanta, GA-Real estate appraisal | | (5,100) | (5,100) | |
| 11 | Balsiero & Associates Inc PO Box 10725 Tampa. FL 33624 Real Estate appraisal | | (12,000) | (12,000) | |
| 12 | | | (1,800) | (1,800) | |
|   | SCHEDULE K - Debts of the Decedent | | | | |
| 1 | United States Treasury - 2012 income tax liability-estimated | | | | |
| 2 | United States Treasury-2011 amended Federal Income Tax Return | $ | (2,000,000) | (2,000,000) | |
| 3 | Accrued interest and penalty on 2011 amended Federal Income Tax Return -estimated | | (509,692) | (509,692) | |
| 4 | United States Treasury-2010 amended Federal income Tax return | | (12,041) | (12,041) | |
| 5 | Accrued interest and penalty on 2010 amended Federal Income Tax return -estimated | | (407,468) | (407,468) | |
| 6 | State of Georgia-2012 State Income Tax return -estimated | | (60,000) | (60,000) | |
| 7 | TEPC loan re: Florida Department of Taxation lein against item A25 | | (120,000) | (120,000) | |
| 8 | Property taxes due on Item A25 | | (59,743) | (59,743) | |
| 9 | Judgement payable to Naples Polaris LLC under appeal as of December 1, 2012. Posted cash bond is shown at item F5. | | (57,812) | (57,812) | |
| 10 | Accrued interest on Judgment from April 21, 2011 through December 1, 2012 | | (2,227,626) | (2,227,626) | |
| 11 | Judgement payable to Abramovitz Investment Properties LLC under appeal in the Superior Court of the State of Arizona in and for County of Maricopa as of date of decedents death. | | (188,401) | (188,401) | |
| 12 | Loan payable MBJG, Inc. The debt was incurred in 2010 and is noninterest bearing. | | (3,500,000) | (3,500,000) | |
| 13 | EstateTax Payable on Form 706 | | (308,638) | (308,638) | |
| 14 | Loan payable to Terri Galardi - Insurance Proceeds to Satisfy Tax Obligations | | (16,586,905) | (16,586,905) | |
|   | SCHEDULE K - Mortgages and Liens | | (2,000,000) | (2,000,000) | |
| 1 | CITI Mortgage -Original loan was $1,805,000. Interest is computed at 5.3% per annum. Secured by Item G2 | | | | |
| 2 | Sitts Companies -Original loan was $1,200,000. Interest is 8.5% per annum Secured by item A7 (CHEETAH's loan) | $ | (1,330,451) | (1,330,451) | ✈ |
| 3 | United Western Mortgage -Original loan was $2,000,000. Interest is 8.3% per annum. Secured by Item A-24 | | (796,148) | (796,148) | |
| 4 | Wachovia Bank -Original loan was $980,000. Interest is 7.5% per annum. Secured by Item G12. | | (561,093) | (561,093) | |
| 5 | Harrington State Bank -Original loan was $500,000. Interest is 5.5% per annum. Secured by item A18. | | (570,973) | (570,973) | |
| 6 | H Earl, and Phyllis J Burcett -Original loan was $400,000. Interest is 8% per annum. Secured by Item A29 | | (397,582) | (397,582) | sold |
|   | | | (38,657) | (38,657) | |

| # | Description | | TERI GALARDI | JACK GALARDI, JR |  |  |
|---|---|---|---|---|---|---|
| 7 | James E Hammock - Original loan was $400,000. Interest is 6% per annum. Secured by Item A27. | | | | | |
| 8 | Chase Mortgage - Original loan was $440,000. Interest is 6.7% per annum. Secured by Item A10. | (337,583) | (337,583) | | | |
| 9 | TransCapital Bank - Original loan was $2,600,000. Interest is 8.5% per annum. Secured by item A21. | (391,549) | (391,549) | sold | | |
| 10 | TransCapital Bank - Original loan was $1,200,000. Interest is at 6% per annum Secured by item A21 | (2,450,381) | (2,450,381) | | | |
| 11 | InterAmerican Bank - Original loan was $2,000,000. Interest is 9.2% per annum. Secured by item A25 (GOLD RUSH) | (1,142,413) | (1,142,413) | | | |
| 12 | TransCapital Bank - Original loan was $4,000,000. Interest is 7.5% per annum. Secured by Item G3 | (1,362,863) | (1,362,863) | sold | | |
| 13 | Business First Bank Secured by Item A33 | (3,411,325) | | (3,411,325) | | |
| 14 | Tumlin Enterprises Secured by Item A30 | (1,607,829) | (1,607,829) | | | |
| 15 | Key Bank - secured by item A22 | (993,045) | (993,045) | | | |
| 16 | Wells Fargo Bank - Secured by Item A3 | (576,029) | (576,029) | | | |
|   |   | (692,830) | (692,830) | | | |

**Specific Bequests**

| 1 | Individual Bequests Per Jack Galardi Trust Instrument | | | | | |
|---|---|---|---|---|---|---|
|   | Remove Gift tax paid | (1,165,000) | (1,165,000) | | | |
|   | Gun collection to mike | (655,700) | (655,700) | | | |
|   | Loan payable from Terri Galardi (Cheetahs Mortgage) | (120,000) | (120,000) | | | |
|   | Gift tax paid by teri owed to teri | (280,000) | (1,688,742) | 1,688,742 | | |
|   | TOTAL | | (280,000) | | | |

|  | $ 26,984,436 | $ 20,238,327 | $ 6,746,109 | $ 26,984,436 | check $ - |
|---|---|---|---|---|---|
| TARGET |  | 20,238,327 | 6,746,109 | | |
| OVER/UNDER TARGET |  | - | - | | |

I, the undersigned, Trustee of the JEG Family Trust, approve and adopt the above Trust Allocations, effective 12/1/2012

_[signature]_  11-7-14

Teri G. Galardi, Trustee of the JEG Family Trust, and Teri and Jack Jr. Sub Trusts.   Date