Electronically Filed
12/10/2018 10:59 AM
Steven D. Grierson
CLERK OF THE COURT

NOE
Shirley A. Derke, Esq.
Nevada Bar No. 2686
627 S. Seventh Street
Las Vegas, NV 89101
shirley@derke.lvcoxmail.com
702-386-6800
Attorney for Petitioner

DISTRICT COURT

CLARK COUNTY, NEVADA

In the Matter of the Estate of )
)  Case No. P-18-096792-T
JEG TRUST - JACK GALARDI JR., )  Dept. PCI
SUB-TRUST )  DATE:
)  TIME:

**NOTICE OF ENTRY OF ORDER GRANTING PETITION (IN PART) TO ALLOW THIS COURT TO TAKE JURISDICTION OVER THE TRUST AND CONFIRMATION OF SUCCESSOR TRUSTEE, TERI GALE GALARDI**

PLEASE TAKE NOTICE that an ORDER GRANTING PETITION (IN PART) TO ALLOW THIS COURT TO TAKE JURISDICTION OVER THE TRUST AND CONFIRMATION OF SUCCESSOR TRUSTEE, TERI GALE GALARDI was entered in the above-entitled matter on December 7, 2018 and is attached hereto.

DATED this 10th day of December 2018.

SHIRLEY A. DERKE, ESQ.

CERTIFICATE OF MAILING

Eileen BelBruno states that on the 10th day of December 2018 she did deposit in the United States Post Office at Las Vegas, Nevada, enclosed in a sealed envelope upon which first class postage was fully prepaid and sent electronically, copies of NOTICE OF ENTRY OF ORDER GRANTING PETITION (IN PART) TO ALLOW THIS COURT TO TAKE JURISDICTION OVER THE TRUST AND CONFIRMATION OF SUCCESSOR TRUSTEE, TERI GALE GALARDI with a copy of the ORDER attached as follows:

Page 1 of 2

Jack E. Galardi, Jr., sole beneficiary
C/O Shirley A. Derke, Esq.
627 S. Seventh St.
Las Vegas, NV 89101

Teri Gale Galardi, Trustee of the JACK E. GALARDI, JR. SUB-TRUST
C/O Michael Rawlins, Esq.
Smith & Shapiro, PLLC
2520 St. Rose Parkway #220
Henderson, NV 89074
Via Email mrawlins@smithshapiro.com

Daniel Geiger, named Successor Co-Trustee of the JACK E. GALARDI, JR. SUB-TRUST
2850 S. Jones Blvd, Suite 2
Las Vegas, NV 89146
Via Email dan@nybergassociates.com

Emelita P. Sy, named Successor Co-Trustee of the JACK E. GALARDI, JR. SUB-TRUST
2121 S. Highland Dr.
Las Vegas, NV 89102

DATED this 10th day of December 2018.

*[signature]*
Eileen BelBruno an employee of
Shirley A. Derke, Esq.

SUBMITTED BY:

*[signature]*
SHIRLEY A. DERKE, ESQ.
Case No. P-18-096792-T

Electronically Filed
12/7/2018 11:28 AM
Steven D. Grierson
CLERK OF THE COURT

1 ORDR
SHIRLEY A. DERKE, ESQ.
Nevada Bar No. 2686
627 S. Seventh St.
Las Vegas, NV 89101
702-386-6800
shirley@Derke.lvcoxmail.com
Attorney for Petitioner

DISTRICT COURT

CLARK COUNTY, NEVADA

\* \* \*

In the Matter of the )
) Case No. P-18-096792-T
JEG TRUST - JACK GALARDI JR. ) Dept. PC1
SUB-TRUST ) DATE: November 2, 2018
) TIME: 9:30 a.m.

## ORDER GRANTING PETITION (IN PART) TO ALLOW THIS COURT TO TAKE JURISDICTION OVER THE TRUST AND CONFIRMATION OF SUCCESSOR TRUSTEE, TERI GALE GALARDI

This matter came on for hearing on November 2, 2018, before the above-entitled Court, on the Petition of JACK GALARDI, JR., to allow this Court to take jurisdiction over the Trust; and to remove the named Successor Trustee; along with the objection by TERI GALE GALARDI and the Petitioner's response. Shirley A. Derke, Esq. appeared with her client, JACK E. GALRADI, JR. and Michael D. Rawlins, Esq. of Smith & Shapiro, PLLC appearing for TERI GALE GALARDI. The Court finds that due and proper notice of said hearing has been given; and having heard counsel's arguments, the Court finds as follows:

1. TERI GALE GALARDI is required to provide accountings to the beneficiary JACK E. GALARDI pursuant to Nevada Law.

2. Good cause appears for the Court to take jurisdiction of this trust pursuant to NRS 164.010 and 164.015 as the Trust's sole beneficiary resides in Nevada.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court as follows:

1. That this Court take jurisdiction over the trust in rem pursuant to NRS 164.010 and 164.015;

2. That this Court confirms that TERI GALE GALARDI is the named successor trustee in said document; and

Page 1 of 2

1  3. That this Court orders TERI GALE GALARDI, Successor Trustees of the JACK E. GALARDI, JR. SUB-TRUST to provide an accounting of the funding of the assets to the sub-trust, which would include all activities from the date of death until transferred to the sub-trust; identifying any assets that have been separated from the JEG Trust. This accounting should be in accordance with NRS 165.135. This accounting shall be provided to JACK E. GALARDI, Jr. within 30 days from the notice of entry of this order.

4. That this Court orders TERI GALE GALARDI, Successor Trustees of the JACK E. GALARDI, JR. SUB-TRUST to provide an accounting of the sub-trust since its initial funding to date. This accounting shall be provided to JACK E. GALARDI, Jr. within 30 days from the notice of entry of this order.

DATED this 6 day of Dec. November 2018.

_____
DISTRICT COURT JUDGE

SUBMITTED BY:

_____
SHIRLEY A. DERKE, ESQ.
ATTORNEY FOR JACK GALARDI, JR.
Bar No. 2686
Case No. P-18-096792-T

APPROVED AS TO FORM AND CONTENT:

_____
MICHAEL D. RAWLINS, ESQ.
Attorney for TERI GALE GALARDI, Successor Trustee
Bar No. 5467
SMITH & SHAPIRO, PLLC