EXHIBIT

C

Electronically Filed
9/27/2019 11:55 AM
Steven D. Grierson
CLERK OF THE COURT

24

1  ORDR
   SHIRLEY A. DERKE, ESQ.
2  Nevada Bar No. 2686
   627 S. Seventh St.
3  Las Vegas, NV 89101
   702-386-6800
4  shirley@Derke.lvcoxmail.com
   Attorney for JACK E. GALARDI, JR.
5                                         DISTRICT COURT
                              CLARK COUNTY, NEVADA
6
7                                              * * *
   In the Matter of the                        )
8                                              )    Case No. P-18-096792-T
        JEG TRUST - JACK GALARDI JR.           )    Dept. PC1
9       SUB-TRUST                              )    DATE: September 27, 2019
                                               )    TIME: 9:30 a.m.
10 _____

11  **STIPULATION AND ORDER RE: PETITION FOR REMOVAL OF TERI GALARDI, SUCCESSOR TRUSTEE**

12       IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through

13  their respective counsel as follows:

14       1. TERI GALE GALARDI has resigned as Successor Trustee of the JACK E. GALARDI,

15  JR. SUB-TRUST created under the terms of the JACK GALARDI, SR.'s revocable living trust dated

16  November 1, 2006 and amended and restated on August 16, 2012. (See resignation attached hereto

17  as Exhibit A)

18       2. DANIEL GEIGER is named in Section 7.1 of said trust as Successor Co-Trustee upon the

19  death or incapacity of TERI GALE GALARDI. DANIEL GEIGER is refusing to act as Successor

20  Trustee of the JACK E. GALARDI, JR. SUB-TRUST created under the terms of the JACK

21  GALARDI, SR.'s revocable living trust dated November 1, 2006 and amended and restated on

22  August 16, 2012. (See Declination and refusal to act attached hereto as Exhibit B).

23       3. EMELITA P. SY is named in Section 7.1 of said trust as Successor Co-Trustee upon the

24  death or incapacity of TERI GALE GALARDI. EMELITA P. SY has accepted the position of

25  Successor Trustee of the JACK E. GALARDI, JR. SUB-TRUST created under the terms of the

26  JACK GALARDI, SR.'s revocable living trust dated November 1, 2006 and amended and restated

27  on August 16, 2012. (See Acceptance to act attached hereto as Exhibit C).

28       4. EMELITA P. SY, as Successor Trustee of the JACK E. GALARDI, JR. SUB-TRUST

    created under the terms of the JACK GALARDI, SR.'s revocable living trust dated November 1,

2006 and amended and restated on August 16, 2012 will not be held accountable for any acts of the prior trustee(s).

5. JACK E. GALARDI, JR., the sole adult beneficiary of the JACK E. GALARDI, JR. SUB-TRUST created under the terms of the JACK GALARDI, SR.'s revocable living trust dated November 1, 2006 and amended and restated on August 16, 2012 waives any right to demand EMELITA P. SY, as Successor Trustee to audit or investigate the accounts or administration of the prior trustee as stated in Article 7.3 of said trust.

6. JACK E. GALARDI, JR. does not waive his individual right as a beneficiary to audit or investigate the accounts or administration of the prior trustee.

DATED September 20, 2019

_[signature]_
SHIRLEY A. DERKE, ESQ.
Attorney for JACK GALARDI, JR.
Bar No. 2686
627 S. Seventh St.
Las Vegas, NV 89101

DATED September __, 2019

_[signature]_
MICHAEL D. RAWLINS, ESQ.
Bar No. 5467
SMITH & SHAPIRO, PLLC
Attorney for TERI GALE GALARDI, Succ Trustee
3333 E. Serene Ave., Ste. 130
Henderson, NV 89074

## ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

A. TERI GALE GALARDI is hereby removed as Successor Trustee of the JACK E. GALARDI, JR. SUB-TRUST created under the terms of the JACK GALARDI, SR.'s revocable living trust dated November 1, 2006 and amended and restated on August 16, 2012.

B. EMELITA P. SY is confirmed as Successor Trustee of the JACK E. GALARDI, JR. SUB-TRUST created under the terms of the JACK GALARDI, SR.'s revocable living trust dated November 1, 2006 and amended and restated on August 16, 2012.

C. This court will continue to retain jurisdiction over this trust, as well as over TERI GALE GALARDI for any actions taken by her when acting as Successor Trustee.

DATED this 27 day of September 2019.

_[signature]_
DISTRICT COURT JUDGE

Case 22-05008-JPS   Doc 6-3   Filed 05/31/22   Entered 05/31/22 16:41:31   Desc
Exhibit C (092719 Stipulation and Order)   Page 3 of 5

DocuSign Envelope ID: 00B5D0A6-DB06-4305-BE23-A405C85AD0E0

## STATEMENT OF NAMED SUCCESSOR TRUSTEE
## DECLINATION TO ACT

I, DANIEL GEIGER, am named in Section 7.1 of the JACK E. GALARDI, JR. SUB-TRUST created under the terms of the JACK GALARDI, SR.'s revocable living trust dated November 1, 2006 and amended and restated on August 16, 2012 to act as Successor Co-Trustee upon the death or incapacity of TERI GALE GALARDI. TERI GALE GALARDI has resigned as Successor Trustee of said trust. I decline and refuse to act as Successor Trustee of said trust.

DATED this 18 day of September 2019.

_____
DANIEL GEIGER

STATE OF NEVADA     )
                    ) ss:
COUNTY OF CLARK     )

SUBSCRIBED and SWORN to before me on September 18, 2019

_____
NOTARY PUBLIC

NOTARY PUBLIC
WHITNEY A. MUGAN
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. JULY 6, 2022
No: 10-2511-1

## ACCEPTANCE OF SUCCESSOR TRUSTEE POSITION

I, EMELITA P. SY am named in Section 7.1 of the JACK E. GALARDI, JR. SUB-TRUST created under the terms of the JACK GALARDI, SR.'s revocable living trust dated November 1, 2006 and amended and restated on August 16, 2012 as Successor Co-Trustee upon the death or incapacity of TERI GALE GALARDI. TERI GALE GALARDI has resigned as Successor Trustee of said trust. DANIEL GEIGER, the named Co-Trustee with me, has declined and refused to act as Successor Trustee. I hereby accept the position of sole Successor Trustee of said trust, upon the condition that I am not held accountable for the actions of the prior trustee, nor will I be required to audit or investigate the actions of the prior trustee.

DATED this 18 day of September 2019.

_____
EMELITA P. SY

STATE OF NEVADA      )
                     ) ss:
COUNTY OF CLARK      )

SUBSCRIBED and SWORN to before me on September 18, 2019

_____
NOTARY PUBLIC



NOTARY PUBLIC
WHITNEY A. MUGAN
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. JULY 8, 2022
No: 10-2511-1

# NOTICE OF RESIGNATION AS SUCCESSOR TRUSTEE

I, TERI GALE GALARDI am resigning as Successor Trustee of the JACK E. GALARDI, JR. SUB-TRUST created under the terms of the JACK GALARDI, SR.'s revocable living trust dated November 1, 2006 and amended and restated on August 16, 2012, effective immediately.

DATED this 18 day of September 2019.

_____
TERI GALE GALARDI

STATE OF NEVADA      )
                     ) ss:
COUNTY OF CLARK      )

SUBSCRIBED and SWORN to before me on September 18, 2019

_____
NOTARY PUBLIC

NOTARY PUBLIC
WHITNEY A. MUGAN
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. JULY 8, 2022
No: 10-2511-1