ELECTRONICALLY SERVED
Case 22-05008-JPS    Doc 6-5    Filed 05/31/22    Entered 05/31/22 16:41:31    Desc
Exhibit E (111521 Order)    Page 1 of 3

Electronically Filed
11/15/2021 10:45 AM
CLERK OF THE COURT

1  **ORDR**

**EXHIBIT E**

## DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| In the Matter of the<br><br>JEG TRUST -JACK GALARDI JR. SUB-TRUST, | Case No.: P-18-096792-T<br>Dept. No.: 26<br><br>Date of Hearing: June 3, 2021<br>Time of Hearing:  9:30 am |

### Order

Having considered Teri Gale Galardi's Motion to Dismiss Petition for Recovery of Assets from Teri Galardi, Co-Beneficiary of the JEG Trust, and Jack Galardi, Jr.'s Opposition to Motion to Dismiss Petition for Recovery of Assets from Teri Galardi, Co-Beneficiary of the JEG Trust, having heard arguments from Dana Dwiggins, Esq., of the law firm of Solomon Dwiggins & Freer, on behalf of Teri Gale Galardi (hereinafter when referred to individually as "Teri") and from Kirk D. Kaplan, Esq. of the law firm CREST KEY, PROF., LLC. on behalf of Jack Galardi, Jr. (hereinafter when referred to individually as "Jack"). Teri and Jack may hereinafter be referred to jointly as the "Parties."

1. On Jack January 12, 2021, Jack filed a Petition for Recovery of Assets from Teri Galardi, Co-Beneficiary of the JEG (hereinafter the "Petition").

2. The Parties agree the three (3) year period of limitation under NRS §11.190(3)(d) applies to the present matter.

### Arguments

3. Ms. Dwiggins, on behalf of Teri, argued March 20, 2015, is the applicable date the three (3) year limitation of action pursuant to NRS §11.190(3)(d) began, and therefore Jack's Petition filed on January 12, 2021, is outside the three (3) year period and thus should be

1  dismissed.

2      4.    Mr. Kaplan, on behalf of Jack, argued December 6, 2018, is the applicable date the three (3) year limitation of action pursuant to NRS §11.190(3)(d) began and therefore, Jack's January 12, 2021, Petition was timely filed.

### Findings

    5.    Additional briefing from Jack and Teri is required to clarify dates and facts to allow a proper ruling.

### Orders

NOW, THEREFORE, good cause appearing:

IT IS HEREBY ORDERED, Jack Galardi, Jr. is to file a supplement to his Objection be filed no later July 9, 2021.

IT IS HEREBY FURTHER ORDERED, Teri Galardi may file a responsive pleading no later than ten (10) days from the notice of entry of this Order.

Dated: _____ 2021.

**Dated this 15th day of November, 2021**

_____
District Court Judge

**5CA 61F 36AD 244E**
**Gloria Sturman**
**District Court Judge**

**CSERV**

## DISTRICT COURT
## CLARK COUNTY, NEVADA

| In the Matter of the Trust of: | CASE NO: P-18-096792-T |
|---|---|
| JEG Trust - Jack Galardi Jr. Sub-Trust | DEPT. NO.  Department 26 |

### AUTOMATED CERTIFICATE OF SERVICE

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 11/15/2021

| | |
|---|---|
| Dana Dwiggins | ddwiggins@sdfnvlaw.com |
| Joshua Hood | jhood@sdfnvlaw.com |
| Jennifer Bidwell | jbidwell@smithshapiro.com |
| Michael Rawlins | mrawlins@smithshapiro.com |
| Shirley Derke | shirleyderke@gmail.com |
| America Gomez-Oropeza | aoropeza@smithshapiro.com |
| Kirk Kaplan | Kirk@CrestKey.com |
| Kirk Kaplan | Kirk@CrestKey.com |