**UNITED STATES BANKRUPTCY COURT**

MIDDLE DISTRICT OF GEORGIA
POST OFFICE BOX 86
MACON, GEORGIA 31202

CHAMBERS OF
JAMES P. SMITH
JUDGE

AREA CODE 478
749-6860

June 2, 2022

Will Bussell Geer
Geer Law Group, LLC
50 Hurt Plaza, SE, Ste. 1150
Atlanta, GA 30303

Garrett A. Nail
Portnoy, Garner & Nail, LLC
3350 Riverwood Parkway, Ste. 460
Atlanta, GA 30339

Re:     Teri G. Galardi
        Chapter 11 Case No. 22-50035-JPS
        Adversary No. 22-5008

Dear Counsel:

The Court acknowledges receipt of Defendant's Motion To Dismiss Or, In The Alternative, Motion To Abstain and Defendant's Motion To Disqualify Geer Law Group, LLC, And Will Geer And Cecilia J. Christy filed on May 31, 2022. Your response to the motions should be received by the Court within twenty-one days from the date of this letter.

Very truly yours,

/s/ J. Alvin Brown

J. ALVIN BROWN
Law Clerk to Judge Smith

JAB/cs

cc:     Louis G. McBryan