**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| TERI G. GALARDI, ) | CASE NO. 22-50035-JPS |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| JACK E. GALARDI, JR. AND ) | |
| EMELITA P. SY, as the TRUSTEE of the ) | |
| JACK E. GALARDI, JR. SUB-TRUST, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ADVERSARY PROCEEDING |
| ) | NO. 22-05008 |
| TERI G. GALARDI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Attorney Will B. Geer of the law firm of Rountree, Leitman, Klein & Geer, LLC is hereby substituted as attorney for, Jack Galardi, Jr., in place of Attorney Will B. Geer of the Law Firm of Geer Law Group, LLC in this case.  Geer Law Group, LLC is hereby relieved of any further responsibility in this case as attorneys for, Jack Galardi, Jr..

This 22nd day of June, 2022.

                                            Respectfully submitted,

                                            Rountree, Leitman, Klein & Geer LLC

                                            /s/ Will B. Geer
                                            Will B. Geer, GA Bar Number 940493
                                            Century Plaza I
                                            2987 Clairmont Road, Suite 350
                                            Atlanta, Georgia 30329
                                            (404) 584-1244 Telephone

(404) 581-5038 Facsimile
wgeer@rlkglaw.com

AGREED TO, BY AND BETWEEN:

/s/ Will B. Geer
Will B. Geer, GA Bar No. 940493
Geer Law Group, LLC
50 Hurt Plaza, SE, Suite 1150
Atlanta, GA 30303
Tel. (404) 233-9800
wgeer@geerlawgroup.com

/s/ Will Geer
Will B. Geer, GA Bar No. 940493
Rountree, Leitman, Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
Tel (404) 584-1244
wgeer@rlkglaw.com

Consented to by:

/s/ Jack Galardi
Jack Galardi, Jr.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| TERI G. GALARDI, ) | CASE NO. 22-50035-JPS |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| JACK E. GALARDI, JR. AND ) | |
| EMELITA P. SY, as the TRUSTEE of the ) | |
| JACK E. GALARDI, JR. SUB-TRUST, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ADVERSARY PROCEEDING |
| ) | NO. 22-05008 |
| TERI G. GALARDI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2022 I electronically filed Notice of Appearance and Substitution of Counsel with the Clerk of Court using the CM/ECF system, which will provide electronic notice to the following parties:

- **Will Bussell Geer**    wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com
- **Louis G. McBryan**    lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com
- **Garrett A. Nail**    gnail@pgnlaw.com

This 22nd day of June, 2022.

                                                          Rountree, Leitman, Klein & Geer LLC

                                                          /s/ Will B. Geer
                                                         Will B. Geer, GA Bar Number 940493
                                                         Century Plaza I
                                                         2987 Clairmont Road, Suite 350
                                                         Atlanta, Georgia 30329

(404) 584-1244 Telephone
(404) 581-5038 Facsimile
wgeer@rlkglaw.com