**SO ORDERED.**

**SIGNED this 8 day of August, 2022.**



_____
**James P. Smith**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 11 |
| | : | |
| TERI G. GALARDI, | : | Case No. 22-50035-JPS |
| Debtor | : | |
| | : | |
| JACK E. GALARDI, JR. And | : | |
| EMELITA P. SY, as the Trustee of the | : | |
| JACK E. GALARDI, JR. SUB-TRUST, | : | |
| Plaintiffs | : | |
| vs. | : | Adversary Proceeding |
| | : | No. 22-5008-JPS |
| TERI G. GALARDI, | : | |
| Defendant | : | |

ORDER

In accordance with the memorandum opinion entered on this date, it is

ORDERED AND ADJUDGED that Defendant's Motion To Disqualify Geer Law Group, LLC, And Will Geer And Cecilia J. Christy (Docket No. 7) is hereby denied.

*END OF DOCUMENT*