**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TERI G. GALARDI , | ) | CASE NO. 22-50035-JPS |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JACK E. GALARDI, JR. AND | ) | |
| EMELITA P. SY, as the TRUSTEE of the | ) | |
| JACK E. GALARDI, JR. SUB-TRUST, | ) | |
| | ) | |
| Plaintiffs, | ) | Adversary Proceeding No.  22-05008 |
| | ) | |
| v. | ) | |
| | ) | |
| TERI G. GALARDI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT TERI GALARDI TO FILE HER ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT**

COMES NOW, Defendant Teri G. Galardi ("Defendant"), with the consent of Plaintiffs, and moves this Court to extend the time in which she may timely file her Answer or Respond to Plaintiffs' Complaint to and through September 28, 2022.

This Court denied Defendant's Motion to Dismiss, or in the Alternative, Motion to Abstain on August 29, 2022 (the "Order") [Docket No. 22]. Pursuant to that Order entered on August 30, 2022, the Court directed Defendant to file her Answer to the Complaint within fourteen (14) days of entry of the Order, which would be September 13, 2022.  Defendant has requested to extend the time to file an Answer so that she and the Plaintiffs may have further discussion regarding resolution of the issues in the Complaint prior to litigating the matter further. Plaintiffs, through Counsel, have consented to such request.

WHEREFORE, Defendant and Plaintiffs move this Court to extend the time for Defendant to file her Answer or Respond to the Complaint to and through September 28, 2022.

Respectfully submitted,

**MCBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Ga. Bar No. 480993
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, GA 30328
(678) 733-9322 Telephone
lmcbryan@mcbryanlaw.com
**Attorney for Defendant Teri G. Galardi**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TERI G. GALARDI , | ) | CASE NO. 22-50035-JPS |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JACK E. GALARDI, JR. AND | ) | |
| EMELITA P. SY, as the TRUSTEE of the | ) | |
| JACK E. GALARDI, JR. SUB-TRUST, | ) | |
| | ) | |
| Plaintiffs, | ) | Adversary Proceeding No.  22-05008 |
| | ) | |
| v. | ) | |
| | ) | |
| TERI G. GALARDI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing **CONSENT MOTION TO EXTEND TIME FOR DEFENDANT TERI GALARDI TO FILE HER ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the following parties in this case under the Bankruptcy Court's Electronic Case Filing Program:

The following parties were served by electronic notice:

| | |
|---|---|
| **William Russell Geer** | wgeer@geerlawgroup.com, notices@nextchapterbk.com; |
| | willgeer@ecf.courtdrive.com |
| **Garrett A. Nail** | gnail@pgnlaw.com |

This 12th day of September 2022.

Respectfully submitted,

**MCBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Ga. Bar No. 480993
lmcbryan@mcbryanlaw.com
**Attorney for Defendant Teri G. Galardi**