**SO ORDERED.**

**SIGNED this 9 day of March, 2023.**



_____
**James P. Smith**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 11 |
| | : | |
| TERI G. GALARDI, | : | Case No. 22-50035-JPS |
| Debtor | : | |
| | : | |
| JACK E. GALARDI, JR. And | : | |
| EMELITA P. SY, as the Trustee of the | : | |
| JACK E. GALARDI, JR. SUB-TRUST, | : | |
| Plaintiffs | : | |
| vs. | : | Adversary Proceeding |
| | : | No. 22-5008-JPS |
| TERI G. GALARDI, | : | |
| Defendant | : | |

### ORDER

In accordance with the memorandum opinion entered on this date, it is

ORDERED AND ADJUDGED as follows:

1. Defendant's renewed motion to dismiss is denied.

2. Defendant's renewed motion to abstain is granted.

3. The automatic stay is hereby terminated to the extent necessary to allow the parties to

litigate Plaintiff's claims and any defenses thereto in Clarke County, Nevada District Court, Case Number P-18-096792-T. However, enforcement of any judgement obtained therein shall be stayed until further order of this Court.

4. The parties are encouraged to ensure that the court in the Nevada case makes sufficient findings of fact which would enable this Court, without further factual determination, to determine whether any judgement obtained by Plaintiff is nondischargeable.

5. Within ten days of the conclusion of the Nevada case, including any appeals therein, the parties will report such conclusion to this Court and this Court will take such further action as is justified in light of such conclusion.

6. Pursuant to Bankruptcy Rule 7021, Defendant's counterclaim avoidance actions are hereby severed from Plaintiff's claims. The parties are directed to proceed with discovery on such avoidance actions. The Court will hold a telephonic status conference with respect to the avoidance actions on May 22, 2023 at 1:30 P.M. Counsel should contact Ms. Rhonda Thomas at 478-749-6813 no later than 2 business days prior to said status conference to make necessary arrangements.

*END OF DOCUMENT*